UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CARLOS GUEYGER, | No. 2:14-cv-2944-KJM-EFB P (TEMP) |
|---|---|
| Petitioner, | |
| v. | |
| J. McDONALD, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated January 7, 2015, respondent was directed to file an answer to the petition and to include with the answer all transcripts and other documents relevant to a determination of the issues presented in the application. Respondent subsequently lodged the state court record, including the Reporter's Transcript on Appeal and a document entitled "sealed Marsden motion Pages 55 through 59." However, the Reporter's Transcript is missing every other page and the transcript of the Marsden motion is missing page 57. The court finds that the full Reporter's Transcript, including the transcript of the Marsden motion, is necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent will be directed to lodge a complete copy of the Reporter's Transcript on Appeal, including the transcript of the Marsden motion, within seven days.

1

1   Good cause appearing, IT IS HEREBY ORDERED that respondent shall lodge a complete
2   copy of the Reporter's Transcript on Appeal, including the transcript of the <u>Marsden</u> motion,
3   within seven days from the date of this order.
4   DATED: June 15, 2016.

        _____
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE